**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

*FILED*

*APR 09 2014*

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| UNITED STATES DISTRICT COURT | District | Western of Texas | Case No. 5:12-cr-00359-OLG |
|---|---|---|---|

| Name (under which convicted) Jimmy Torres |
|---|

| Place of Confinement: FCI Pollock, Louisiana | Prisoner No: 93181-280 |
|---|---|

| UNITED STATE OF AMERICA        V.  | Jimmy Torres Movant (include name under which convicted) |
|---|---|

## -MOTION-   S A14CA0329OG

1.  (a) Name and location of court which entered the judgment of conviction you are challenging: _____
    United States District Court, Western District of Texas

    (b) Criminal docket or case number (if you know): 5:12-cr-00359-OLG

2.  (a) Date of the judgment of conviction (if you know): April 4th, 2013

    (b) Date of sentencing: April 4th, 2013

3.  Length of sentence: 180 months imprisonment, 3-years Supervised Release

4.  Nature of crime (all counts): 18 U.S.G. § 922(g)(6); 18 U.S.C. § 924(c)(1)

    _____

5.  (a) What was your plea? (Check one)

    (1) Not guilty ☐        (2) Guilty ☒        (3) Nolo Contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilt plea to another count or
    What did you plead guilty to and what did you plead not guilty to?   N/A

6.  If you went to trial, what kind of trial did you have? (Check one)        Jury ☐        Judge only ☒

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ☐       No ☒

8.  Did you appeal form the judgment of conviction?       Yes ☐       No ☒

9.  If you did appeal, answer the following:
    (a) Name of court: _____N/A_____

    (b) Docket or case number (if you know): _____N/A_____

    (c) Result: _____N/A_____

    (d) Date of result (if you know): _____N/A_____

    (e) Citation to the case (if you know): _____N/A_____

    (f) Grounds raised: _____N/A_____

    _____

    _____

    _____

    _____

    _____

    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐       No ☒
    ☐

        If "Yes," answer the following:
        (1) Docket or case number (if you know): ____N/A_____

        (2) Result: ____N/A_____

        _____

        (3) Date of result (if you know): _____N/A_____

        (4) Citation to the case (if you know): ____N/A_____

        (5) Grounds raised: _____N/A_____

        _____

        _____

        _____

        _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
        Yes ☐       No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐          No ☒

(7) Result: N/A

(8) Date of result (if you know): N/A

(b) If you filed any second motion, petition, or application. Give the same information:

(1) Name of court: N/A

(2) Docket of case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐          No ☒

(7) Result: N/A

(8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition          Yes ☐          No ☐

(2) Second petition        Yes ☐          No ☐          **This is the First § 2255**

(d) If you did not appeal from the action on any motion, petition. or application. Explain briefly why you did not:

N/A

12.     For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE:    INEFFECTIVE ASSISTANCE OF COUNSEL BOTH PRE TRIAL, PLEA, AND
_____ SENTENCING...

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____ PLEASE SEE FORTHCOMING MEMORANDUM OF POINTS AND AUTHORITIES
_____
_____
_____
_____
_____
_____
_____
_____

(b) Direct Appeal of Ground One:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐        No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: _____ CONSTITUTIONALLY
_____ INEFFECTIVE ASSISTANCE OF COUNSEL _____

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

       Yes ☐        No ☒

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____ N/A _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____
_____

   (3) Did you receive a hearing on your motion, petition, or application?

       Yes ☐        No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

       Yes ☐           No ☒

(5) If your answer to Question (c)(4) is "Yes," state:

       Yes ☐           No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of he court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue:
    Ineffective Assistance of Counsel

**GROUND TWO:** INEFFECTIVE ASSISTANCE OF COUNSEL BOTH PRE TRIAL, PLEA, AND SENTENCING..

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
    PLEASE SEE FORTHCOMING MEMORANDUM OF POINTS AND AUTHORITIES

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐           No ☒

(2)   If you did not raise this issue in your direct appeal, explain why: _____ Ineffective _____
Assisstance of Counsel _____

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ☐                No ☒

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ___ N/A _____

Name and location of the court where the motion or petition was filed: ___ N/A _____

Docket or case number (if you know): ___ N/A _____

Date of the court's decision: ___ N/A _____

Result (attach a copy of the court's opinion or order, if available): ___ N/A _____

(3)  Did you receive a hearing on your motion, petition. or application?

    Yes ☐                No ☒

(4)  Did you appeal from the denial of your motion, petition. or application?

    Yes ☐                No ☒

(5)  If you answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

    Yes ☐                No ☒

(6)  If your answer to Question (c)(4) is "Yes," state: ___ N/A _____

Name and location of the court where the appeal was filed: ___ N/A _____

Docket or case number (if you know): ___ N/A _____

Date of the court's decision: N/A _____

Result (attach a copy of the court's opinion or order, if available): ___ N/A _____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue:
___ Constituionally Ineffective Assistance of Counsel _____
_____
_____
_____
_____
_____
_____

GROUND THREE:   INEFFECTIVE ASSISTANCE OF COUNSEL, BOTH PRE TRIAL, PLEA AND
SENTENCING.

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

PLEASE SEE FORTHCOMING MEMORANDUM OF POINTS AND AUTHORITIES

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No ☒

(2)  If you did not raise this issue in your direct appeal, explain why:   Ineffective Assistance
of Counsel

(c) **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☒

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____N/A_____

Name and location of the court where the motion or petition was filed: ____N/A_____

_____

Docket or case number (if you know): ___N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): __N/A_____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐          No ☒

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☒

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of he court's opinion or order, if available): _____ N/A _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue:

Ineffective Assistance of Counsel

_____

_____

_____

_____

**GROUND FOUR:** >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No ☐

(2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____N/A_____

Name and location of the court where the motion or petition was filed: _____N/A_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

(3)  Did you receive a hearing on your motion, petition, or application?

      Yes ☐        No ☒

(4)  Did you appeal from the denial of your motion, petition, or application?

      Yes ☐        No ☒

(5)  If your answer to Question (c)(4) is "Yes," state:

      Yes ☐        No ☒

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____N/A_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of he court's opinion or order, if available): _____N/A_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue:
N/A

13.  Is there any ground in this motion that you have not previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
None of the grounds presented here have previously been presented to any other court because of ineffective assistance of counsel.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the conviction you are challenging?          Yes ☐          No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.    N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the process you are challenging:

(a) At the preliminary hearing:  R. Clark Adams, FPD 727 E. Cesar E. Chavez Blvd. San Antonio, TX 78205

(b) At the arraignment and plea:    Same

(c) At the trial:    N/A

(d) At sentencing:    Same

(e) On appeal:    N/A

(f) In any post-conviction proceeding:    "Pro Se"

(g) On appeal from any ruling against you in a post-conviction proceeding:    N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?          Yes ☐          No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐          No ☒

(a)    If so, give name and location of court that imposed the other sentence you will serve in the future:    N/A

(b) Give the date the other sentence was imposed:    N/A

(c) Give the length of the other sentence:    N/A

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐          No ☒

Page 12

18.    **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in *28 U.S.C. § 2255* does not bar your motion.[1]

This 28 U.S.C. § 2255 Motion was placed in the hands of prison authorities on April 4, 2014, and as such it is deemed timely filed

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in *28 U.S.C. § 2255*, paragraph 6 provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of—

    (1)   the date on which the judgment of conviction became final;
    (2)   the date on which the impediment to making a motion created by government action in violation of the Constitution or laws of the United
          States is removed, if the Movant was prevented from making such a motion by such government action;
    (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4)   the date on which the facts supporting the claim or claims presentence could have been discovered through the exercised of due diligence.

## CONCLUSION

Therefore Movant asks that the Court grant the following relief: _Vacate, Set Aside, or Correct_
_Sentence. Any and all other relief to which the Court deems just._

or any other relief to which Movant may be entitled.

✗ _____
Signature of Attorney (If any)

## CERTIFICATE OF SERVICE/DECLARATION

I declare (or certify, verify, or state) under penalty of perjury pursuant to *28 U.S.C. § 1746,* that the foregoing is true and correct and that this Motion under *28 U.S.C. § 2255* was placed in the prison mailing system on _April 4, 2014_, 20*13*, with correct United States Postage, pre-paid and affixed thereto, pursuant to the mailbox rule announced in *Houston v. Lack, 108 S. Ct. 2379, 2385, 101 L. Ed. 2d 245 (1988).* The rule is premised on the pro se prisoner's mailing of legal documents through the conduit of "prison authorities whom he cannot control and whose interests might be adverse to him." *Id.*    Petitioner also respectfully requests that this Honorable Court liberally construe his pleadings under the standard governing *pro se* submissions announced in the Supreme Court's landmark decision *Haines v. Kerner, 404 U.S. 519, 520, per curiam,* *(1972)*(Complaints filed by *pro se* litigants are to be construed liberally and are not to be held to the same stringent standard as formal pleadings drafted by licensed attorneys.).

Executed (signed) on ✗ _4/4/2014_
(date)

✗ *Jimmy Torres*
Signature of Movant

If the person signing is not Movant, state relationship to Movant and explain why Movant is not signing this motion.

_____

_____

_____